UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (BILOXI)

IN RE:      (Debtors' names)                                                  CHAPTER 13
<u>Vincent Reed</u>
<u>Margaret Reed</u>                                                           CASE NO: <u>22-50702                    </u>

# NOTICE OF CHANGE OF ADDRESS FOR **CREDITOR**

| **Business Name or Full Name of Creditor** (please print legibly or type):<br><br><u>Scolopax, LLC</u> | This change applies to **PROOF OF CLAIM #** (if known): <u>13      </u><br><br>Account # (if any): <u>3543                    </u> |
|---|---|
| **Old <u>Payment</u> Address** (or address to be replaced):<br><br>c/o Weinstein & Riley, P.S.<br>P.O. Box 3978<br>Seattle, WA 98124-3978 | **New <u>Payment</u> Address** (street, rural route or P.O. Box, City, State, and Zip):<br><br>c/o Weinstein & Riley, P.S.<br>P.O. Box 93024<br>Las Vegas, NV 89193-3024 |
| **Old <u>Notice</u> Address** (or address to be replaced):<br><br>c/o Weinstein & Riley, P.S.<br>1415 Western Avenue<br>Suite 700<br>Seattle, WA 98101 | **New <u>Notice</u> Address** (street, rural route or P.O. Box, City, State, and Zip):<br><br>c/o Weinstein & Riley, P.S.<br>749 Gateway<br>Suite G-601<br>Abilene, TX 79602 |
| Date: <u>11/14/2025                    </u> | <u>/s/ Jordan Morrison                              </u><br>**Signature of person submitting change of address**<br>Name: <u>Jordan Morrison                         </u><br>Address: <u>c/o Weinstein & Riley, P.S.         </u><br><u>749 Gateway, Suite G-601                       </u><br><u>Abilene, TX 79602                              </u><br>Phone #: <u>(877) 332-3543                     </u> |

**THIS CHANGE APPLIES TO (CHECK ONE):** <u>X     </u> **THIS CASE ONLY;**
**AT PRIOR ADDRESS.**

48134659